# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL LAMAR TOLLIVER SR.,** | Case No. LA CV 15-09562-VBF-AS |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| KELLY SANTORO (Warden), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the Honorable Alka Sagar, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Dismissing the Action With Prejudice, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Darryl Lamar Tolliver, Senior.**

DATED:  Friday, July 8, 2016

*Valerie Baker Fairbank*

_____
  VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE